**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------X

| | |
|---|---|
| **MOSHE WULLINGER**, an individual; on behalf of himself and all others similarly situated, | Case No. 1:13-cv-00762-KAM-VMS |
| Plaintiff, | NOTICE OF SETTLEMENT |
| - against - | |
| **MONARCH RECOVERY MANAGEMENT SYSTEM, INC.**, A Pennsylvania Corporation and **JOHN** and **JANE DOES NUMBERS 1 THOUGH 25**. | |
| Defendants. | |

---------------------------------------------------X

Notice is hereby given that the parties in this action have reached a settlement. The parties anticipate filing a voluntary dismissal of this action with prejudice pursuant to FRCP 41(a) upon finalizing the settlement documents.

Dated: New York, New York
         May 8, 2013

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN, P.C.

                        By:     _____/s/_____
                                        R. David Lane Jr. (RL 2806)
                                        Attorneys for Defendant
                                        Monarch Recovery Management, Inc.
                                        88 Pine Street, 21st Floor
                                        New York, New York 10005-1801
                                        (212) 376-6400