UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
**MOSHE WULLIGER,** on behalf of himself and all
other similarly situated consumers**,**

        **Plaintiff,**

                          STIPULATION OF DISMISSAL

                          CV-13-00762-KAM-VMS

        -against-

**MONARCH RECOVERY MANAGEMENT, INC.,**

        **Defendants.**
-----------------------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses this action against Defendant with prejudice and without prejudice as to the rights of any putative class members.

Dated:  July 28, 2013                Respectfully submitted,

                                          LAW OFFICES OF DAVID PALACE

                                          By: /s/ David Palace
                                          383 Kingston Ave, #113
                                          Brooklyn, NY 11213
                                          Tel: (347) 651-1077
*Attorneys for Defendant*                  Fax: (347) 464-0012

                                          *Attorneys for Plaintiff*